IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD M. COLEMAN, JR. | : | 3:12-cv-1217 |
| Plaintiff, | : | |
| v. | : | Hon. John E. Jones III |
| MICHAEL J. ASTRUE, Under Commissioner of the Social Security Administration, | : | |
| Defendant. | : | |

**ORDER**

**January 6, 2014**

In conformity with the Memorandum issued on today's date, it is hereby

**ORDERED** that:

1. The Clerk of Court shall enter judgment in favor of the Commissioner and against Richard M. Coleman, Jr. as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Richard M. Coleman disability insurance benefits and supplemental security income is affirmed.

3. The Clerk of Court shall **CLOSE** this case.

s/ John E. Jones III
John E. Jones III
United States District Judge